IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIEL ORTHO MEDICAL CORP., **Plaintiff,** v. BLOG MEDICAL LLC, *et al.*, **Defendants.** | CIVIL NO. 23-1604(JAG) |

## JUDGMENT

Pursuant to this Court's Order, Docket No. 44, Judgment is hereby entered REMANDING this case to the Court of First Instance of the Commonwealth of Puerto Rico, Superior Court of San Juan Part, for further proceedings. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, August 7, 2024.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE